FILED
CLERK, U.S. DISTRICT COURT

FEB 2 4 2025

CENTRAL DISTRICT OF CALIFORNIA
BY _ano_    DEPUTY

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>PLAINTIFF<br>v.<br><br>JAIME GUILLEN LOPEZ,<br><br>DEFENDANT(S). | CASE NUMBER<br><br>8:25-mj-00124<br><br>ORDER FOR TEMPORARY DETENTION<br><br>18 U.S.C. §3142(d) |

The Court finds that the above-named defendant:

**X**   is / was at the time of commission of a federal / state / local offense on release:

    ☐   pending trial for a felony

    ☐   pending imposition / execution of sentence

    ☐   pending appeal of sentence / conviction

    ☐   pending completion of sentence

    ☐   probation / parole for any offense

    **X**   is not a citizen/lawful permanent resident of the United States as defined in Title 8 USC §1101(a)(20)

and   **X**   may flee

    ☐   pose a danger to a person or the community as follows:_____

_____

_____

IT IS ORDERED that upon the Government's Request, defendant be detained by the United States Marshal for no more than five (5) court days.

IT IS FURTHER ORDERED that the U.S. Attorney Notify: Immigration and Customs Enforcement ("ICE").

IT IS FURTHER ORDERED that if ICE fails or declines to take custody of defendant by that time, defendant shall be released subject to the conditions set by the Court if and when all conditions are satisfied.

DATED: February 24, 2025

_____
U. S. MAGISTRATE JUDGE

M-8 (6/98)        ORDER FOR TEMPORARY DETENTION  - 18 U.S.C. §3142(d)